No. 662, Misc. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 799, Misc. BEARDSLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 834, Misc. BARRINGER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 858, Misc. FLORES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 887, Misc. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Steven B. Duke* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 894, Misc. KANE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 919, Misc. HORMAN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *William Cahn* for respondent.